1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**
Oct 15, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of:  | CASE NO: 2:18-SW-0720 EFB

12 | INFORMATION ASSOCIATED WITH      | [PROPOSED] ORDER TO UNSEAL SEARCH
   | edmundkemprud@gmail.com THAT IS  | WARRANT AND SEARCH WARRANT
13 | STORED AT PREMISES CONTROLLED BY | AFFIDAVIT
   | GOOGLE
14

15

16     Upon application of the United States of America and good cause having been shown,

17     IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby

18  ordered unsealed.

19

20  Dated:  October 15, 2021

21                                              The Honorable Jeremy D. Peterson
                                                UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT                    1
AFFIDAVITS